IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

V.                                            NO. 3:14CR131-DMB-SAA

BENJAMIN RAYMOND, JUSTIN APPLEWHITE,
AND JAMES LARRY DEAN WINTERS              DEFENDANT

## ORDER GRANTING MOTION FOR CONTINUANCE

On January 7, 2015, Defendant Benjamin Raymond filed a motion [47] to continue the trial currently set for January 12, 2015. As grounds for a continuance, counsel for Defendant represents that he has a prior setting in another jurisdiction. The Government does not object to a continuance. The Court notes that Defendant has indicated his intent to enter a guilty plea in this matter. Upon consideration, the Court concludes that the ends of justice will be served by granting a continuance to resolve Defendant's counsel's conflict, allow Defendant sufficient time to enter a guilty plea and, if needed, allow Defendant and his counsel sufficient time to prepare for trial, and that such outweighs the best interest of the public and Defendant in a speedy trial. Accordingly, the motion for continuance is granted.

It is ORDERED that trial is hereby continued until **Monday, March 2, 2015**. It is further ORDERED that the delay from this date until commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) as to all defendants.

SO ORDERED, this the 8th day January, 2015.

                                                                         **/s/ Debra M. Brown**
                                                                         **UNITED STATES DISTRICT JUDGE**