IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

V.                                              NO. 3:14CR131-DMB-SAA

BENJAMIN RAYMOND                                                DEFENDANT

### ORDER GRANTING MOTION FOR CONTINUANCE

On January 7, 2015, Defendant Benjamin Raymond filed a motion [44] to continue the change of plea hearing currently set for January 8, 2015. As grounds for a continuance, counsel for Defendant represents that he has a prior setting in another jurisdiction. The Government does not object to a continuance. Upon consideration, the Court concludes that the ends of justice will be served by granting a continuance to allow sufficient time to reschedule the change of plea, and that such outweighs the best interest of the public and Defendant in a speedy trial. Accordingly, the motion for continuance is granted. The change of plea hearing will be continued until **Thursday, January 22, 2015, 11:30 a.m.**

SO ORDERED, this the 8th day January, 2015.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**