# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 3:14-CR-00131

BENJAMIN RAYMOND

## JUDGMENT REGARDING FORFEITURE OF BOND

In accordance with this Court's Order entered October 15, 2015, judgment is hereby entered in favor of the United States of America against Benjamin Raymond in the amount of $10,000, plus interest from the date of the judgment as provided by law until paid and all court costs, with the $1,000 as security now on deposit in the Court's registry credited to the judgment amount.[1]

This 15th day of October, 2015.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] The Clerk of Court shall release such funds to the United States of America.